# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **CEDRIC TYRONE PRYOR,** | * | |
| **(AIS # 09915-003),** | * | |
| | * | |
| **Petitioner,** | * | |
| | * | **CRIMINAL NO. 07-00243-WS-B** |
| **vs.** | * | **CIVIL ACTION NO. 12-00411-WS-B** |
| | * | |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Respondent.** | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Pryor's habeas petition be **DISMISSED** as barred by the statute of limitations and that he is not entitled to a certificate of appealability, and consequently, is not entitled to appeal *in forma pauperis*.

**DONE** this 17th day of December, 2014.


**s/WILLIAM H. STEELE**
**CHIEF UNITED STATES DISTRICT JUDGE**