# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CEDRIC TYRONE PRYOR,** (AIS # 09915-003), | * |
| Petitioner, | * |
| vs. | * CRIMINAL NO. 07-00243-WS-B <br> * CIVIL ACTION NO. 12-00411-WS-B |
| **UNITED STATES OF AMERICA,** | * |
| Respondent. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Pryor's habeas petition be **DISMISSED** as barred by the statute of limitations and that he is not entitled to a certificate of appealability, and consequently, is not entitled to appeal *in forma pauperis*.

**DONE** this 17th day of December, 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**